# UNITED STATES DISTRICT COURT
for the

District of South Carolina

|  |  |
|---|---|
| Mark Allen Laws | ) |
| *Plaintiff* | ) |
| v. | ) |
| Nancy A. Berryhill, Acting Commissioner of Social Security | ) |
| *Defendant* | ) |

Civil Action No.    5:16-749-BHH

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: The Commissioner's final decision is affirmed.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Bruce Howe Hendricks, United States District Judge, adopting the Report and Recommendation of the Honorable Kaymani D. West, United States Magistrate Judge.

Date:    June 13, 2017

Robin L. Blume
*CLERK OF COURT*

s/Glenda J. Nance
*Signature of Clerk or Deputy Clerk*